49 So.2d 559

### Ex parte STATE, ex rel. ATTY. GEN.

### 8 Div. 581.

Supreme Court of Alabama.

Dec. 14, 1950.

A. A. Carmichael, Atty. Gen., and Willard W. Livingston, Asst. Atty. Gen., for petitioner.

Guin & Guin, of Russellville, for respondent.

PER CURIAM.

Petition for writ of mandamus denied on authority of State v. LeCroy, ante, p. 637, 49 So.2d 553.

BROWN, LAWSON, SIMPSON and STAKELY, JJ., concur.

FOSTER and LIVINGSTON, JJ., dissent.